■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD SEXTON, Appellant. — Judgment of the County Court, Suffolk County (Mallon, J.), rendered September 29, 1983, affirmed. (See *People v Malizia,* 62 NY2d 755, 757; *People v Kirkpatrick,* 32 NY2d 17, 21, app dsmd 414 US 948; *People v De Berry,* 76 AD2d 933.) Titone, J. P., Bracken, Niehoff and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER WASHINGTON, Appellant. — Judgment of the Supreme Court, Queens County (Farlo, J.), rendered May 24, 1982, affirmed (see *People v Bennette,* 56 NY2d 142).

Defendant's other contention has been considered and found to be without merit. Thompson, J. P., Weinstein, Brown and Boyers, JJ., concur.